UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH S. JOHNSON-EL Exrel JERRY L. JOHNSON,

                    Plaintiff,

             -against-

WILLIAM L. DEPROSPO d/b/a COUNTY COURT MAGISTRATE,

                    Defendant.

1:20-CV-2878 (LLS)

CIVIL JUDGMENT

     Pursuant to the order issued September 3, 2020, dismissing this action,

     IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed.

     The Court dismisses Plaintiff's claims for damages against those "who initiated this false incident regarding a traffic stop which did not involve any firearms" (ECF 1, at 11) as duplicative of, and without prejudice to, Plaintiff's claims in *Johnson El v. Bird*, No. 7:19-CV-5102. The Court alternatively dismisses Plaintiff's claims under 42 U.S.C. § 1983 against Judge DeProspo under the doctrines of issue preclusion and judicial immunity. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii). The Court dismisses the remainder of Plaintiff's claims as frivolous. *See* § 1915(e)(2)(B)(i).

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 3, 2020
            New York, New York

                                                              *Louis L. Stanton*
                                                              Louis L. Stanton
                                                                  U.S.D.J.